**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JONATHAN J. HARGIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **2:17-cv-00033** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **SOCIAL SECURITY** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the Court dismiss this appeal as untimely. (Doc. No. 15.) Plaintiff did not file timely objections. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, the Commissioner's Motion to Dismiss (Doc. No. 10) is **GRANTED**, and this appeal is **DISMISSED**. The clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE